1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9    JAMES C. DANIELS,                          No. C 07-619 SI (pr)

10              Plaintiff,                       **ORDER OF DISMISSAL**

11        v.

12   ALAMEDA COUNTY
     SHERIFF'S DEPT.,
13
                 Defendants.
14   _____/

15

16        James C. Daniels, formerly an inmate at the Alameda County Jail, has filed a pro se civil

17   rights action under 42 U.S.C. § 1983.  His complaint is now before the court for review pursuant

18   to 28 U.S.C. §1915A, which requires the court to engage in a preliminary screening of any case

19   in which a prisoner seeks redress from a governmental entity or officer or employee of a

20   governmental entity.  See 28 U.S.C. § 1915A(a).  In its review, the court must identify any

21   cognizable claims, and dismiss any claims which are frivolous, malicious, fail to state a claim

22   upon which relief may be granted, or seek monetary relief from a defendant who is immune from

23   such relief.  See id. at 1915A(b)(1),(2).  Pro se pleadings must be liberally construed.  See

24   Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1990).

25        The complaint filed in this action duplicates the complaint filed on the same day in

26   Daniels v. Alameda County Sheriff's Dept., No. C 07-618 SI.  The complaint is frivolous

27   because it repeats claims made in the earlier case.  See Cato v. United States, 70 F.3d 1103, 1105

28   n.2 (9th Cir. 1995); Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988) (duplicative or

*United States District Court*
*For the Northern District of California*

1  repetitious litigation of virtually identical causes of action is subject to dismissal under 28 U.S.C.

2  § 1915 as malicious).   This action is dismissed with prejudice because it duplicates the claim

3  made in the earlier-filed action.   The <u>in forma pauperis</u> application is DENIED.  (Docket # 2.)

4  No fee is due.  The clerk shall close the file.

5         IT IS SO ORDERED.

6  DATED: September 4, 2007

   _____
7                                   SUSAN ILLSTON
                                    United States District Judge

**United States District Court**
For the Northern District of California