**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

9   JAMES C. DANIELS,                        No. C 07-619 SI (pr)

10              Plaintiff,                    **JUDGMENT**

11       v.

12  ALAMEDA COUNTY
    SHERIFF'S DEPT.,
13
              Defendants.
14  _____/

15

16       This action is dismissed as frivolous because it duplicates the claims made in an earlier-

17  filed action.

18

19       IT IS SO ORDERED AND ADJUDGED.

20

21  DATED: September 4, 2007              _____
                                              SUSAN ILLSTON
22                                         United States District Judge

23

24

25

26

27

28